72 P.3d 497

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Chuck Jones and MacLaren | 24195 | 06/23/2003 | Denied | 101 Hawai'i 486, 71 P.3d 437 |
| Lum v. Donohue; Grace v. Donohue | 24106, 24418 | 06/18/2003 | Granted | 101 Hawai'i 422, 70 P.3d 648 |
| State v. Lawson | 24665 | 06/30/2003 | Granted | 103 Hawai'i 11, 78 P.3d 1159 |